ACCEPTED
03-13-00347-CR
5313413
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/18/2015 7:42:54 AM
JEFFREY D. KYLE
CLERK

No. 03-13-00347-CR

IN THE COURT OF APPEALS FOR THE THIRD JUDICIAL
DISTRICT OF TEXAS, AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

5/18/2015 7:42:54 AM

JEFFREY D. KYLE
Clerk

**The State of Texas**

Appellant

v.

**Donna Marie Pryor**

Appellee

On Appeal from Comal County in Case Number CR2012-208,
from the 207th District Court of Comal County
The Hon. Jack Robison, Judge Presiding

# Motion for Rehearing

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Donna Marie Pryor, Appellant in the above styled and numbered cause, and respectfully enters this Motion for Rehearing, pursuant to Rule 49.1, Tex.R.App.Pro., and would show the Court that on May 1, 2015, this Court reversed the actions of the trial court and Court of Appeals in an unpublished opinion. See ***Pryor v. State***, No. 03-13-00347-CR (Tex.App. - Austin; May 1, 2015).

This motion for rehearing is timely filed if presented or post-marked on or before May 18, 2015. In that regard, Appellee would

show the Court that it should grant rehearing and reverse judgment of the trial court for the following reasons:

① The Court minimized or omitted mention of crucial evidence shown in the video recording of the traffic encounter which demonstrated the existence of a fact issue, resulting in an incomplete and inadequate review of the evidence supporting the necessity of submission of the issue of the legality of the traffic stop to the jury pursuant to Article 38.23, C.Cr.P., as requested; and,

② The Court has failed to conduct a true balancing test with regard to the harm inherent in the recognized error and has, instead, substituted a *per se* harm standard for those convicted of driving while intoxicated and punished as an habitual offender.

## Prayer

WHEREFORE PREMISES CONSIDERED, Appellant prays this Honorable Court will grant his Motion for Rehearing, reconsider its opinion on original submission and, on rehearing, reverse the judgment of the trial court in this case.

Respectfully submitted,

**John G. Jasuta**
Attorney at Law
1801 East 51st Street, Suite 365-474
Austin, Texas 78723
eMail: lawyer1@johngjasuta.com
Tel. 512-474-4747
Fax: 512-532-6282
State Bar No. 10592300

**David A. Schulman**
Attorney at Law
1801 East 51st Street, Suite 365-474
Austin, Texas 78723
Tel. 512-474-4747
Fax: 512-532-6282
eMail: zdrdavida@davidschulman.com
State Bar Card No. 17833400

Attorneys for Donna Marie Pryor

3

## Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 361 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on May 18, 2015, a true and correct copy of the above and foregoing "Motion for Rehearing" was transmitted via the eService function on the State's eFiling portal, to Joshua Presley (presj@co.comal.tx.us) and Clay Hearrell (hearrc@co.comal.tx.us), counsel of record for the State of Texas.

_____
**John G. Jasuta**